IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PHILADELPHIA INDEMNITY )
INSURANCE COMPANY, )
 )
    Plaintiff, ) NO. 3:18-cv-1217
 ) JUDGE RICHARDSON
v. )
 )
PRIORITY PEST PROTECTION, LLC, )
 )
    Defendant.

# ORDER

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 16), which alternatively asks the Court to stay this action pending completion of the underlying state court action. For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss is **GRANTED**, and this action is **DISMISSED** without prejudice.

The Clerk is directed to close the file. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                       _____
                                                                       ELI RICHARDSON
                                                                       UNITED STATES DISTRICT JUDGE